# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT SNODGRASS,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 7:21-cv-00618-GMB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Robert Snodgrass ("Plaintiff"), and Defendant, The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.

DATED: January 11, 2022

By: /s/ *Ariel S. Blocker (w/permission)*     By: /s/ *Matthew A. Clabots*

    Ariel S. Blocker  
    The Martin Law Group, LLC  
    P.O. Box 20087  
    Tuscaloosa, AL 35402  
    Phone: (205) 343-1771  
    Fax: (205) 343-1781  
    ariel@erisacase.com

*Attorney for Plaintiff*  
*Robert Snodgrass*

    Ian H. Morrison (admitted *pro hac vice*)  
    imorrison@seyfarth.com  
    Matthew A. Clabots (admitted *pro hac vice*)  
    mclabots@seyfarth.com  
    233 S. Wacker Drive, Suite 8000  
    Chicago, IL 60606  
    Telephone: (312) 460-5000  
    Facsimile: (312) 460-7000

    Jonathan R. Little (LITTJ4491)  
    Bar Number: 4491-Z22F  
    jlittle@lightfootlaw.com  
    LIGHTFOOT, FRANKLIN & WHITE, LLC  
    The Clark Building  
    400 20th Street North  
    Birmingham, AL 35203-3200  
    (205) 581-0700 (telephone)  
    (205) 581-0799 (facsimile)

*Attorneys for Defendant*  
*The Prudential Insurance Company of America*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a copy of the foregoing JOINT STIPULATION OF DISMISSAL to be served upon all parties through the Court's electronic case filing system on this this 11th day of January 2022:

> Ariel S. Blocker
> The Martin Law Group, LLC
> P.O. Box 20087
> Tuscaloosa, AL 35402
> Phone: (205) 343-1771
> Fax: (205) 343-1781
> ariel@erisacase.com

    /s/ *Matthew A. Clabots*
    Matthew A. Clabots