FILED
2022 Jan-18 PM 02:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT SNODGRASS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 7:21-cv-00618-LSC |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## Order

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 25) filed on January 11, 2022. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** and **ORDERED** on January 18, 2022.

_____
L. Scott Coogler
United States District Judge

206770